CYNTHIA KITCHEN, Appellant, v MAMADOU L. DIAKHATE, Respondent, et al., Defendants. [889 NYS2d 846]

Denial of a motion to reargue is not appealable as of right (*Freeman v Prince Leasing Corp.*, 49 AD3d 455 [2008]). This motion clearly sought reargument, not vacatur, as it was alternatively denominated (*see People v American Motor Club*, 241 AD2d 409 [1997]).

Were we to consider the appeal on the merits, we would affirm the preclusion of evidence concerning plaintiff's knee injury, as the undue 2 1/2-year delay in correcting her deposition testimony until the eve of trial was prejudicial to defendants.

Concur—Gonzalez, P.J., Mazzarelli, Nardelli, Acosta and Román, JJ.